# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>J. MARSHAL; T. MUNGIE; KAREN COYNE;<br>KATHRYN OHARA; J. McCORMICK;<br>S. MEADS; C. POLINENKER; JANE DOE,<br><br>                    Defendants. | Case No. 2:09-cv-00559-RLH-GWF<br><br>**ORDER**<br><br>City Defendant's Motion to Strike Plaintiff's Notice Positively Identifying Defendant "Jane Doe" and "C. Polinkenker" (#83) |

      This matter is before the Court on the City Defendants' Motion to Strike Plaintiff's Notice Positively Identifying Defendant "Jane Doe" and "C. Polinkenker" (#83), filed on August 25, 2011. On August 12, 2011, Plaintiff filed a Notice Positively Identifying Defendant "Jane Doe" and "C. Polinkenker" (#76). Plaintiff requests the Court strike this document for failure to comply with Fed. R. Civ. P. 15(a)(2).

      On July 28, 2011, the Court entered an order striking a nearly identical notice document filed by the Plaintiff and instructing him that he must seek leave from the Court to amend his complaint pursuant to Fed. R. Civ. Pro. 15. Making any technical change concerning a party's name is properly accomplished by amending the complaint pursuant to Rule 15(a), not by filing a notice with the Court. Accordingly,

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that City Defendants' Motion to Strike Plaintiff's Notice Positively Identifying Defendant "Jane Doe" and "C. Polinkenker" (#83) is **granted**. The Clerk of the Court shall strike Plaintiff's Notice Positively Identifying Defendant "Jane Doe" and "C. Polinkenker" (#76).

DATED this 25th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge