UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERICK MARC COOLEY, | Case No. 2:09-cv-00559-MMD-GWF |
| Plaintiff, | ORDER |
| v. | |
| SHARON MEADS, *et al.*, | |
| Defendants. | |

The Ninth Circuit Court of Appeals reversed this Court's decision declining to give the punitive damages instruction and remanded for a new trial on the issue. (ECF No. 240.) Accordingly, the parties are directed to file a proposed joint pretrial order ("PJPO") for trial on the issue of punitive damages within 30 days. The PJPO should include the list of witnesses, the list of exhibits and list of stipulated facts relating to the issue, an estimate of the length of trial, and three proposed trial dates. In addition, the parties are directed to confer on whether the Court should refer this case for settlement and file a joint status report as to settlement within 7 days from the date of this Order.

DATED THIS 31st day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE