UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FREDERICK MARC COOLEY, | Case No. 2:09-cv-00559-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SHARON MEADS, *et al.*, | |
| Defendants. | |

The Clerk entered judgment in favor of Plaintiff Frederick Marc Cooley and against Defendant Sharon Meads for damages in the amount of $10,000.00 pursuant to a jury verdict. (ECF No. 229.) On June 28, 2018, the Ninth Circuit Court of Appeals affirmed this Court's denial of Meads' motion for judgment as a matter of law. (ECF No. 240.) The Order regarding mandate was issued on July 31, 2018. (ECF No. 242.) In the parties' joint status report (ECF No. 244), Plaintiff requested that the Court issue final judgment concerning the jury's verdict. (*Id.*) Accordingly, the Court clarifies that the judgment entered by the Clerk (ECF No. 229) is final and effective. The Court need not issue another judgment.

DATED THIS 3rd day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE